IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X
In re: ZYPREXA PRODUCTS
LIABILITY LITIGATION
-------------------------------------------------------X
DEAN T. VASILOGAMBROS,

         Plaintiff,
v.

ELI LILLY AND COMPANY,

         Defendant.
-------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ FEB 2 2 2008 ★

BROOKLYN OFFICE

JUDGE JACK. B. WEINSTEIN
MDL 1596

Civil Action No. 1:06-cv-05350

**STIPULATION OF DISMISSAL**

Come now, Plaintiff Dean T. Vasilogambros and Defendant Eli Lilly and Company, having reached a settlement agreement, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Dean T. Vasilogambros herein against Eli Lilly and Company in this action are dismissed without prejudice, subject to reinstatement should the settlement not be consummated.

/s/ David B. Rheingold
David B. Rheingold
RHEINGOLD, VALET, RHEINGOLD,
  SHKOLNIK, & MCCARTNEY LLP
113 East 37th St.
New York, NY 10016

Attorneys for Plaintiff

/s/ George Lehner
George Lehner
Nina M. Gussack
Andrew R. Rogoff
PEPPER HAMILTON L.L.P.
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Attorneys for Defendant

SO ORDERED: